FnlConfPlan

# U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
### Bankruptcy Petition #: 17-24814-JAD

| | |
|---|---|
| *Assigned to:* Judge Jeffery A. Deller | *Date filed:* 11/30/2017 |
| Chapter 13 | *Plan confirmed:* 06/22/2018 |
| Voluntary | *341 meeting:* 01/29/2018 |
| Asset | *Deadline for filing claims:* 02/08/2018 |
| | *Deadline for filing claims (govt.):* 05/29/2018 |

*Debtor*
**Eric Joseph Kaminsky**
352 Thompson Road
Chicora, PA 16025
ARMSTRONG-PA
SSN / ITIN: xxx-xx-7749

represented by **Samuel M. DiFatta**
PO Box 23
Tarentum, PA 15084
724-882-5175
Fax : 888-430-9543
Email: difatta1015@comcast.net

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 11/30/2017 | 1 (58 pgs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Eric Joseph Kaminsky Government Proof of Claim due by 05/29/2018. Chapter 13 Plan due 12/14/2017. Declaration Re: Electronic Filing due 12/14/2017. (DiFatta, Samuel) Modified on 12/4/2017 (culy). CORRECTIVE ENTRY: THE COUNTY ON THE VOLUNTARY PETITION DOES NOT MATCH THE COUNTY AS ENTERED INTO CM/ECF. THE ATTORNEY SHALL FILE AN AMENDED VOLUNTARY PETITION WITH AN AMENDMENT COVER |

| | | |
|---|---|---|
| | | SHEET (PAWB LOCAL FORM 6), WHICH REFLECTS THE CORRECT COUNTY FOR THIS DEBTOR. PLEASE FILE BY GOING TO BANKRUPTCY/MISCELLANEOUS/AMENDED DOCUMENT. THE DOCUMENT SHALL ALSO INCLUDE ALL INFORMATION REQUIRED BY PAWB LOCAL RULE 5005-6, SPECIFICALLY THE ATTORNEY'S PHONE NUMBER AND E-MAIL ADDRESS. (Entered: 11/30/2017) |
| 11/30/2017 | [2](#) (3 pgs) | Notice Regarding Filing of Mailing Matrix Filed by Debtor Eric Joseph Kaminsky (DiFatta, Samuel) (Entered: 11/30/2017) |
| 11/30/2017 | [3](#) (1 pg) | Certificate of Credit Counseling for briefing received on 11/06/2017. Filed by Debtor Eric Joseph Kaminsky (DiFatta, Samuel) (Entered: 11/30/2017) |
| 11/30/2017 | [4](#) (1 pg) | Employee Income Records Filed by Debtor Eric Joseph Kaminsky (DiFatta, Samuel) (Entered: 11/30/2017) |
| 11/30/2017 | [5](#) (5 pgs) | Chapter 13 Plan . Plan Dated 11/30/2017. Filed by Eric Joseph Kaminsky (RE: related document(s): [1](#) Voluntary Petition Chapter 13). (DiFatta, Samuel) Modified on 12/1/2017 (culy). CORRECTIVE ENTRY: THE PLAN DOES NOT COMPLY WITH PAWB LOCAL RULE 5005-6, IN THAT THERE ARE NO ELECTRONIC SIGNATURES AND NO TELEPHONE NUMBER OR E-MAIL ADDRESS FOR THE DEBTOR'S ATTORNEY. THE ATTORNEY SHALL RE-FILE A CHAPTER 13 PLAN ON THE CURRENT FORM EFFECTIVE ON 12/1/2017 - PAWB LOCAL FORM 10 (12/17). SAID PLAN SHALL INCLUDE ALL INFORMATION REQUIRED BY PAWB LOCAL RULE 5005-6. (Entered: 11/30/2017) |
| 11/30/2017 | 6 | Receipt of Voluntary Petition Chapter 13(17-24814) [misc,volp13] ( 310.00) filing fee. Receipt number 13428119, amount $ 310.00. (U.S. Treasury) (Entered: 11/30/2017) |
| 12/01/2017 | 7 | CORRECTIVE ENTRY: THE PLAN DOES NOT COMPLY WITH PAWB LOCAL RULE 5005-6, IN THAT THERE ARE NO ELECTRONIC SIGNATURES AND NO TELEPHONE NUMBER OR E-MAIL ADDRESS FOR THE DEBTOR'S |

| | | |
|---|---|---|
| | | ATTORNEY. THE ATTORNEY SHALL RE-FILE A CHAPTER 13 PLAN ON THE CURRENT FORM EFFECTIVE ON 12/1/2017 - PAWB LOCAL FORM 10 (12/17). SAID PLAN SHALL INCLUDE ALL INFORMATION REQUIRED BY PAWB LOCAL RULE 5005-6. (RE: related document(s): 5 Chapter 13 Plan filed by Debtor Eric Joseph Kaminsky). (culy) (Entered: 12/01/2017) |
| 12/04/2017 | 8 | CORRECTIVE ENTRY: THE COUNTY ON THE VOLUNTARY PETITION DOES NOT MATCH THE COUNTY AS ENTERED INTO CM/ECF. THE ATTORNEY SHALL FILE AN AMENDED VOLUNTARY PETITION WITH AN AMENDMENT COVER SHEET (PAWB LOCAL FORM 6), WHICH REFLECTS THE CORRECT COUNTY FOR THIS DEBTOR. PLEASE FILE BY GOING TO BANKRUPTCY/MISCELLANEOUS/AMENDED DOCUMENT. THE DOCUMENT SHALL ALSO INCLUDE ALL INFORMATION REQUIRED BY PAWB LOCAL RULE 5005-6, SPECIFICALLY THE ATTORNEY'S PHONE NUMBER AND E-MAIL ADDRESS. (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Eric Joseph Kaminsky). (culy) (Entered: 12/04/2017) |
| 12/04/2017 | 9 | Notice of Additional Filing Deficiencies. Assigned Judge: DELLER. Appointed Trustee: WINNECOUR. Pursuant to Local Rule 1017-2, the United States Trustee is deemed to have filed a Motion To Dismiss this case, and that Motion will be deemed GRANTED, if any deadline set forth in the first docket entry or any of the following deadlines is not met. Incomplete Filings: AMENDED VOLUNTARY PETITION WITH AN AMENDMENT COVER SHEET (PAWB LOCAL FORM 6), WHICH REFLECTS THE CORRECT COUNTY FOR THIS DEBTOR AND CONTAINS THE ATTORNEY'S CONTACT INFORMATION AS REQUIRED BY PAWB LOCAL RULE 5005-6 BY 12/14/2017. (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Eric Joseph Kaminsky). (culy) (Entered: 12/04/2017) |
| 12/04/2017 | 10 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Eric Joseph Kaminsky). (culy) (Entered: 12/04/2017) |

| | | |
|---|---|---|
| 12/05/2017 | 11 <br> (9 pgs; 2 docs) | Amendments in Compliance with Trustee's Notice of Deficiencies Filed by Debtor Eric Joseph Kaminsky (Attachments: # 1 Amendment cover Sheet) (DiFatta, Samuel) Modified on 12/6/2017 (culy). CORRECTIVE ENTRY: IN THE FUTURE, PLEASE FILE BY GOING TO BANKRUPTCY/MISCELLANEOUS/AMENDED DOCUMENT. (Entered: 12/05/2017) |
| 12/05/2017 | 12 <br> (6 pgs) | Amended Chapter 13 Plan . Filed by Eric Joseph Kaminsky (RE: related document(s): 5 Chapter 13 Plan). (DiFatta, Samuel) Modified on 12/6/2017 (culy). Plan dated 12/5/2017. (Entered: 12/05/2017) |
| 12/06/2017 | 13 | CORRECTIVE ENTRY: IN THE FUTURE, PLEASE FILE BY GOING TO BANKRUPTCY/MISCELLANEOUS/AMENDED DOCUMENT. (RE: related document(s): 11 Amendments in Compliance with Trustee's Deficiencies Notice filed by Debtor Eric Joseph Kaminsky). (culy) (Entered: 12/06/2017) |
| 12/12/2017 | 14 | TEXT ORDER: The document must be re-filed within 7 days using current PAWB Local Form 10. In addition, the attorney's address, telephone number, and e-mail address are required under the attorney signature line pursuant to PAWB Local Rule 5005-6. This text-only entry constitutes the Court's order and notice on this matter. Signed by Judge Deller. Signed on 12/12/2017. (RE: related document(s): 12 Amended Chapter 13 Plan). Required corrective action due on or before 12/19/2017. (culy) (Entered: 12/12/2017) |
| 12/14/2017 | 15 <br> (7 pgs; 2 docs) | Chapter 13 Plan . Plan Dated 12/5/2017.. Filed by Eric Joseph Kaminsky (DiFatta, Samuel) (Entered: 12/14/2017) |
| 12/15/2017 | 16 <br> (3 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 01/29/2018 at 10:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. Last day to oppose discharge or dischargeability is 3/30/2018. Last day to oppose dischargeability due by 3/30/2018. Proofs of Claims due by 2/8/2018. Confirmation hearing to be held on 1/29/2018 at 10:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (lfin) (Entered: 12/15/2017) |
| 12/17/2017 | | |

|  | 17<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 16 Meeting of Creditors Chapter 13 & 12). Notice Date 12/17/2017. (Admin.) (Entered: 12/18/2017) |
|---|---|---|
| 12/17/2017 | 18<br>(7 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 15 Chapter 13 Plan filed by Debtor Eric Joseph Kaminsky). Notice Date 12/17/2017. (Admin.) (Entered: 12/18/2017) |
| 01/02/2018 | 19<br>(2 pgs; 2 docs) | Notice of Appearance and Request for Notice by Ann E. Swartz Filed by Creditor FBC Mortgage, LLC (Attachments: # 1 Certificate of Service) (Swartz, Ann) (Entered: 01/02/2018) |
| 01/10/2018 | 20<br>(11 pgs; 4 docs) | Objection to Confirmation of Plan Plan Dated 12/05/2017. Hearing Set For 01/29/2018. Filed by FBC Mortgage, LLC (RE: related document(s): 12 Amended Chapter 13 Plan). (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Certificate of Service)(Garcia, Alexandra) (Entered: 01/10/2018) |
| 01/19/2018 | 21<br>(1 pg) | Personal Financial Management Course Certificate For Debtor Eric Kaminsky Provided by Sage Personal Finance, 1-800-516-2759. (Entered: 01/19/2018) |
| 01/31/2018 | 22 | Meeting of Creditors Chapter 13 Held and Concluded on 1/29/2018 Filed by Ronda J. Winnecour. (vde13) (Entered: 01/31/2018) |
| 02/05/2018 | 23<br>(1 pg) | Supporting Documentation from 341 Meeting. (RE: related document(s): 22 Meeting of Creditors Chapter 13 Held and Concluded filed by Trustee Ronda J. Winnecour). (jhel) (Entered: 02/05/2018) |
| 02/05/2018 | 24<br>(4 pgs; 2 docs) | Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 1/29/2018. Signed on 2/5/2018. (RE: related document(s): 15 Chapter 13 Plan). Conciliation Conference to be held on 6/14/2018 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (jhel) (Entered: 02/05/2018) |
| 02/07/2018 | 25<br>(5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 24 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 02/07/2018. (Admin.) (Entered: 02/08/2018) |

| | | |
|---|---|---|
| 02/24/2018 | 26 (4 pgs; 2 docs) | Motion to Attach Wages. Employer: *IQC* Filed by Debtor Eric Joseph Kaminsky. (Attachments: # 1 Proposed Order) (DiFatta, Samuel) (Entered: 02/24/2018) |
| 02/26/2018 | 27 (3 pgs; 2 docs) | Order entered 2/26/2018 Granting (Related Doc. No. 26) Debtor's Motion For Order To Pay Trustee Pursuant To Wage Attachment [w/ IQC]. cm: Parties in Interest (msch) (Entered: 02/26/2018) |
| 02/28/2018 | 28 (4 pgs; 2 docs) | CORRECTED Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 1/29/2018. Signed on 2/28/2018. (RE: related document(s): 15 Chapter 13 Plan). Conciliation Conference to be held on 6/14/2018 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (jhel) (Entered: 02/28/2018) |
| 02/28/2018 | 29 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 27 Order on Motion to Attach Wages). Notice Date 02/28/2018. (Admin.) (Entered: 03/01/2018) |
| 03/01/2018 | 30 (1 pg) | Certificate of Service *of Wage Attachment Order and Notice of Debtor's Social Security Number* Filed by Debtor Eric Joseph Kaminsky (RE: related document(s): 27 Order on Motion to Attach Wages). (DiFatta, Samuel) (Entered: 03/01/2018) |
| 03/02/2018 | 31 (5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 28 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 03/02/2018. (Admin.) (Entered: 03/03/2018) |
| 04/01/2018 | | Terminating Objection to Discharge Deadline (adiuser) (Entered: 04/02/2018) |
| 06/22/2018 | 32 (4 pgs; 2 docs) | Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 6/14/2018. Signed on 6/22/2018. (RE: related document(s): 15 Chapter 13 Plan). (jhel) (Entered: 06/22/2018) |
| 06/22/2018 | 33 (2 pgs) | Conciliation Conference Held on 6/14/2018 (RE: related document(s): 15 Chapter 13 Plan filed by Debtor Eric Joseph Kaminsky). System Order Issued (jhel) (Entered: 06/22/2018) |

| | | |
|---|---|---|
| 06/24/2018 | [34](#) (5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 32 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 06/24/2018. (Admin.) (Entered: 06/25/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/02/2018 13:31:54 | | | |
| **PACER Login:** | ja0060:2566770:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 17-24814-JAD Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |