# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ERIC JOSEPH KAMINSKY |
| **Case Number:** | 17-24814-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 11, 2019 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/12/19 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#44 - Trustee's Certificate of Default to Dismiss
    +Affidavit by Debtor
R / M #:  44 / 0

### *Appearances:*

Debtor: D Fatta
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  6-13-19  at  3:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/9/2019    9:24:58AM