IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ERIC JOSEPH KAMINSKY | : | Bankruptcy No. 17-24814-JAD |
| Debtor | : | |
| -------- | : | Chapter 13 |
| ERIC JOSEPH KAMINSKY | : | |
| Movant | : | Related To Doc. No. 51 |
| | : | |
| Vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQUIRE | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Respondent | : | |

## ORDER

AND NOW, on this 13th day of May, 2019, upon consideration of the Motion for Vehicle Financing, and for good cause shown, it is hereby ORDERED and DECREED as follows:

1. The Motion is approved and the Debtor is permitted to obtain vehicle financing with a maximum amount of $18,000.00 and a maximum payment of $450.00.

2. Within 7 days of Purchase, the Debtor shall file a Report of Sale and an Amended Chapter 13 Plan, adding the new vehicle.

3. This Order is valid for thirty days from the date of issuance.

BY THE COURT

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Eric Joseph Kaminsky
Samuel M. DiFatta, Esquire
Ronda J. Winnecour, Esquire

FILED
5/13/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Eric Joseph Kaminsky
      Debtor

Case No. 17-24814-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: May 13, 2019
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
db            +Eric Joseph Kaminsky,    352 Thompson Road,    Chicora, PA 16025-4512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    FBC Mortgage, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    FBC Mortgage, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor    FBC Mortgage, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Samuel M. DiFatta    on behalf of Debtor Eric Joseph Kaminsky difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
                                                                                                                                                          TOTAL: 6