# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | ERIC JOSEPH KAMINSKY |
| Case Number: | 17-24814-JAD        Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 13, 2019 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/14/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#44 - Continued Trustee's Certificate of Default to Dismiss
R / M #:   44 / 0

**Appearances:**

Debtor: *D. Fulta* (signature)
Trustee: Winnecour / Pail / Katz / DeSimone (Katz circled)
Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **8/29/19   2:30 pm** — *Con't for amended plan*
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

6/6/2019    4:05:32PM