**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Eric Joseph Kaminsky | : | Bankruptcy No. 17-24814-JAD |
| Debtor | : | Chapter 13 |
| _____ | : | |
| Eric Joseph Kaminsky | : | |
| Movant , | : | Related to Document No. |
| | : | Hearing and Date: |
| vs. | : | |
| | : | |
| SSM INDUSTRIES | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  September 3, 2019, as follows:

By First Class Mail

SSM Industries
ATTN: Payroll Administrator
3401 Grand Avenue
Pittsburgh, PA  15225


Date: September 3, 2019             /s/Samuel M. DiFatta, Esq.

                          Samuel M. DiFatta, Esquire
                          PA I.D. #78156
                          PO Box 23
                          Tarentum, PA  15084
                          Tel.: (724) 882-5175
                          Email: difatta1015@comcast.net
                          Attorney for Debtor