**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/20/2020

IN RE:

ERIC JOSEPH KAMINSKY
352 THOMPSON ROAD
CHICORA, PA 16025
XXX-XX-7749          Debtor(s)

Case No. 17-24814 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/20/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Info |
|---|---|---|
| **ANN E SWARTZ ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FBC MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 2  INT %: 14.00%<br>Court Claim Number: 1<br><br>CLAIM: 15,683.52<br>COMMENT: 17500@14%/PL*910/PL*FR BRIDGECREST-DOC 41*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6383 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*18983.27/CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0710 |
| **FBC MORTGAGE LLC**<br>ATTN CENLAR FSB - LOAN ADMINISTRATION**<br>425 PHILLIPS BLVD*<br><br>EWING, NJ 08618 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 33,286.36<br>COMMENT: SURR/CONF*SURR/PAP*1827.97x(60+2)=LMT*BGN 12/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8769 |
| **REGIONAL ACCEPTANCE CORP**<br>C/O BB & T - SERVICER<br>PO BOX 1847<br><br>WILSON, NC 27894 | Trustee Claim Number: 5  INT %: 14.00%<br>Court Claim Number: 2<br><br>CLAIM: 11,986.18<br>COMMENT: 12586@14%/PL*910/PL-CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1489 |
| **BBY/CBNA**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7694 |
| **BHS FASTER CARE**<br>POB 1549<br><br>BUTLER, PA 16003 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3034 |
| **BRAND SOURCE**<br>PO BOX 183015<br><br>COLUMBUS, OH 43218-3015 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7849 |
| **BUTLER EMERGENCY PHYSICIANS**<br>POB 3478<br><br>WESCOSVILLE, PA 18106-0478 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2531 |
| **BUTLER IMAGING & INTERVENTION**<br>7 ACEE DR<br><br>NATRONA HEIGHTS, PA 15065-9700 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2029 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BUTLER MEDICAL PROVIDERS**<br>POB 1549<br><br>BUTLER, PA 16003 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4198 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br><br>BUTLER, PA 16001 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8727 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 11,878.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0710 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 4,632.69<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0710 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8051 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: SJRE |
| **CREDIT CONTROL CORPORATION**<br>POB 120570<br><br>NEWPORT NEWS, VA 23612-0570 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9750 |
| **CREDIT CONTROL CORPORATION**<br>POB 120570<br><br>NEWPORT NEWS, VA 23612-0570 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9685 |
| **CREDIT CONTROL CORPORATION**<br>POB 120570<br><br>NEWPORT NEWS, VA 23612-0570 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1424 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT CONTROL CORPORATION**<br>POB 120570<br><br>NEWPORT NEWS, VA  23612-0570 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1425 |
| **CREDIT CONTROL CORPORATION**<br>POB 120570<br><br>NEWPORT NEWS, VA  23612-0570 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0412 |
| **CREDITORS COLLECTION SVCS**<br>C/O LAW OFFICE OF T W REED II<br>PO BOX 1540<br><br>CORNING, NY  14830 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0074 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 296.86<br>COMMENT: 9083/SCH*KOHLS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3909 |
| **NORTHWEST BANK S/B/M NORTHWEST CDC****<br>PO BOX 337<br>100 LIBERTY ST<br><br>WARREN, PA  16365 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 4,125.12<br>COMMENT: 2711/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2922 |
| **FBC MORTGAGE LLC**<br>ATTN CENLAR FSB - LOAN ADMINISTRATION**<br>425 PHILLIPS BLVD*<br><br>EWING, NJ  08618 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 0.00<br>COMMENT: SURR/CONF*SURR/PAP*THRU 11/17 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8769 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 342.78<br>COMMENT: NT/SCH*ARROW/FIRST PREMIER*STALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7624 |
| **FBC MORTGAGE LLC**<br>ATTN CENLAR FSB - LOAN ADMINISTRATION**<br>425 PHILLIPS BLVD*<br><br>EWING, NJ  08618 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 0.00<br>COMMENT: SURR/CONF*SURR/PAP*NTC POSTPET FEE/EXP=$350*REF CL*W/26 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8769 |