FILED
7/1/20 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| **Eric Joseph Kaminsky** | : | Bankruptcy No.  17-24814-JAD |
| Debtors | : | |
| | : | Chapter 13 |
| **Eric Joseph Kaminsky** | : | |
| Movants | : | Related To Doc. No. 72 |
| | : | |
| vs. | : | |
| | : | |
| **SSM Industries** | : | |
| **Attn: Payroll Department** | : | |
| **3401 Grand Avenue** | : | |
| **Pittsburgh, PA  15225** | : | |
| Respondent | : | |
| | : | |
| and | : | MOTION No. X WO-1 |
| | : | MOTION No. ☐ WO-2 |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-7749. | : | |

**ORDER TO TERMINATE WAGE ATTACHMENT**

AND NOW, this <u>1st</u> day of <u>July</u>, 2020 it is hereby ORDERED, ADJUDGED AND DECREED that the wage attachment order issued on behalf of the Debtor against SSM Industries is TERMINATED.

_____
Honorable Jeffery A. Deller    mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Eric Joseph Kaminsky
Samuel M. DiFatta, Esquire
SSM Industries
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24814-JAD
Eric Joseph Kaminsky                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch              Page 1 of 1              Date Rcvd: Jul 01, 2020
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db             #+Eric Joseph Kaminsky,    352 Thompson Road,    Chicora, PA 16025-4512
                +SSM Industries,    Attn: Payroll Department,    3401 Grand Avenue,    Pittsburgh, PA 15225-1526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    FBC Mortgage, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    FBC Mortgage, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    FBC Mortgage, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Debtor Eric Joseph Kaminsky difatta1015@comcast.net,
               richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
                                                                                             TOTAL: 6