**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | | **:** | |
| **Eric Joseph Kaminsky** | | **:** | **Bankruptcy No. 17-24814-JAD** |
| | **Debtor** | **:** | **Chapter 13** |
| _____ | | **:** | |
| **Eric Joseph Kaminsky** | | **:** | |
| | **Movant ,** | **:** | **Related to Document No.** |
| | | **:** | **Hearing and Date:** |
| **vs.** | | **:** | |
| | | **:** | |
| **SSM INDUSTRIES** | | **:** | |
| | **Respondent** | **:** | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT TERMINATION ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  July 2, 2020, as follows:

By First Class Mail

SSM Industries
ATTN: Payroll Administrator
3401 Grand Avenue
Pittsburgh, PA  15225

Date: July 8, 2020                                    /s/Samuel M. DiFatta, Esq.

                                                             Samuel M. DiFatta, Esquire
                                                             PA I.D. #78156
                                                             PO Box 23
                                                             Tarentum, PA  15084
                                                             Tel.: (724) 882-5175
                                                             Email: difatta1015@comcast.net
                                                             Attorney for Debtor