Form 132

| | UNITED STATES BANKRUPTCY COURT | 82 |
| --- | --- | --- |
| | WESTERN DISTRICT OF PENNSYLVANIA | culy |

In re:    Bankruptcy Case No.: 17–24814–JAD

Chapter: 7

**Eric Joseph Kaminsky**
　Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

　Charles O. Zebley Jr. is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

　In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 9/10/20

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Andrew R. Vara**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Trustee

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Joseph S. Sisca**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　　Western District of Pennsylvania

---

I Charles O. Zebley Jr., hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Charles O. Zebley Jr.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eric Joseph Kaminsky  
    Debtor  

Case No. 17-24814-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Sep 10, 2020  
                      Form ID: 132     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.  
tr          +Charles O. Zebley, Jr.,   P.O. Box 2124,   Uniontown, PA 15401-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:  
         Alexandra Teresa Garcia    on behalf of Creditor   FBC Mortgage, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         Ann E. Swartz    on behalf of Creditor   FBC Mortgage, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com  
         James Warmbrodt    on behalf of Creditor   FBC Mortgage, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Samuel M. DiFatta    on behalf of Debtor Eric Joseph Kaminsky difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com  
                                                                                                                             TOTAL: 7