# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Eric Joseph Kaminsky | : | Bankruptcy No. 17-24814 |
| Debtor | : | Chapter 13 |
| | : | |
| Eric Joseph Kaminsky | : | |
| Movant, | : | Related to Document No. |
| | : | Hearing and Date: |
| vs. | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| No Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  September 15, 2020, as follows:

SEE ATTACHED LIST

EXECUTED ON: September 15, 2020

/s/Samuel M. DiFatta, Esquire
Samuel M. DiFatta, Esquire
PO Box 23
Tarentum, PA  15084
Phone No. (724) 882-5175
PA ID# 78156
difatta1015@comcast.net

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117

BHS Faster Care PLLC
PO Box 1549, Suite 550

Butler, PA 16003

Brand Source
PO Box 9001006
Louisville, KY 40290

Bridgecrest
PO Box 53087
Phoenix, AZ 85072

Butler Emergency Physicians
PO Box 3478
Allentown, PA 18106

Butler Imaging & Interventional Assoc.
7 Acee Drive
Natrona Heights, PA 15065

Butler Medical Providers
Suite 001
PO Box 1549
Butler, PA 16003

Butler Memorial Hospital
One Hospital Way
Butler, PA 16001

Clearview Federal Credit Union
8805 University Blvd.
Coraopolis, PA 15108

Clearview Federal Credit Union
8805 University Blvd.
Coraopolis, PA 15108

Clearview Federal Credit Union
8805 University Blvd.
Coraopolis, PA 15108

Clearview Federal Credit Union
8805 University Blvd.
Coraopolis, PA 15108

Clearview Federal Credit Union VISA
PO Box 71050
Charlotte, NC 28272

Collection Service Center
PO Box 1623
Butler, PA 16003

Credit Control Corp

11821 Rock Landing Drive
Newport News, VA 23606

Credit Control Corp
11821 Rock Landing Drive
Newport News, VA 23606

Credit Control Group
11821 Rock Landing Drive
Newport News, VA 23606

Credit Control Group
11821 Rock Landing Drive
Newport News, VA 23606

Credit Control Group
11821 Rock Landing Drive
Newport News, VA 23606

Creditors Collection Service
4530 Old Cave Spring Road
Roanoke, VA 24018

FBC Mortgage, LLC
189 S. Orange Ave.
Ste 970
Orlando, FL 32801

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

Northwest Consumer Discount
4213 Washington Road
Canonsburg, PA 15317

Regional Acceptance Corp.
1424 E. Fire Tower Road
Greenville, NC 27858