IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Eric Joseph Kaminsky**<br><br>Debtor<br><br>**Eric Joseph Kaminsky**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **17-24814-JAD**<br><br>Chapter **7**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Samuel M. DiFatta__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Allegheny Health Newtork
PO Box 645266
Pittsburgh, PA 15264

Berkheimer Tax Innovations
PO Box 25152
Lehigh Valley, PA 18002

Butler Hospital
One Hospital Way
Butler, PA 16001

Central Electric
716 Route 368
Parker, PA 16049

Direct TV/AT&T
PO Box 105503
Atlanta, GA 30348

Receivables Performance
20816 44th Avenue
West Lynnwood, WA 98036

**PAWB Local Form 30 (07/13)**

Regeneration
12590 Perry Highway
Suite 700
Wexford, PA 15090

Slippery Rock Medical Center
100 Innovation Drive
Suite 101
Slippery Rock, PA 16057

US Accute Care Solutions
4535 Dressler Road
Canton, OH 44718

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

By: **/s/ Samuel M. DiFatta**
   Signature
**Samuel M. DiFatta**
Typed Name
**PO Box 23**
**Tarentum, PA 15084**
Address
**724-882-5175**
Phone No.
**78156 PA**
List Bar I.D. and State of Admission