IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | 17-24814-JAD |
| Eric Joseph Kaminsky | : | |
| | : | CHAPTER 7 |
| | : | |
| Debtors | : | |

## RULE 1019 REPORT

AND NOW, comes the Debtor Eric Joseph Kaminsky by and through his attorney, Samuel M. DiFatta, files the within Rule 1019 Report as follows:

1. This case was commenced November 30, 2017, when the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 Case was converted to Chapter 7 on September 10, 2020.

3. Since the filing of the Chapter 13 Bankruptcy Petition on April 26, 2019, and prior to the conversion of the case to Chapter 7, the Debtor has not acquired any additional property either real or personal. In addition, the Debtor has not entered into or assumed any executory contracts after the filing of the original Petition, but for the entry of the conversion Order.

4. Since the filing of the Chapter 13 Bankruptcy Petition on November 30, 2017, and prior to the conversion of the case to Chapter 7, the Debtor has incurred the following new new debt:

| Creditor | Amount |
|---|---|
| Allegheny Health Newtork<br>PO Box 645266<br>Pittsburgh, PA 15264 | 766.43 |
| Berkheimer Tax Innovations<br>PO Box 25152<br>Lehigh Valley, PA 18002 | 875.02 |
| Butler Hospital<br>One Hospital Way<br>Butler, PA 16001 | UNK |
| Central Electric<br>716 Route 368<br>Parker, PA 16049 | UNK |

| | |
|---|---|
| Direct TV/AT&T<br>PO Box 105503<br>Atlanta, GA 30348 | UNK |
| Receivables Performance<br>20816 44th Avenue<br>West Lynnwood, WA 98036 | 652.28 |
| Regeneration<br>12590 Perry Highway<br>Suite 700<br>Wexford, PA 15090 | UNK |
| Slippery Rock Medical Center<br>100 Innovation Drive<br>Suite 101<br>Slippery Rock, PA 16057 | UNK |
| US Accute Care Solutions<br>4535 Dressler Road<br>Canton, OH 44718 | UNK |
| Washington Hospital<br>155 Wilson Avenue<br>Washington, PA 15301 | UNK |

WHEREFORE, the Debtor Eric Joseph Kaminsky respectfully files this Rule 1019 Report.

                                                               Respectfully Submitted,

September 23, 2020                     /s/Samuel M. DiFatta, Esq.
Date                                          Samuel M. DiFatta, Esquire
                                                  PA ID# 78156
                                                  PO Box 23
                                                  Tarentum, PA  15084
                                                  724-882-5175
                                                  difatta1015@comcast.net