**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ERIC JOSEPH KAMINSKY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-24814 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/30/2017 and confirmed on 02/05/2018. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,813.94 |
| Less Refunds to Debtor | 7,783.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,030.93 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 2,750.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,750.92 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FBC MORTGAGE LLC<br>Acct: 8769 | 33,286.36 | 33,286.36 | 0.00 | 33,286.36 |
| FBC MORTGAGE LLC<br>Acct: 8769 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 6383 | 15,683.52 | 3,825.75 | 3,262.73 | 7,088.48 |
| CLEARVIEW FCU**<br>Acct: 0710 | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP<br>Acct: 1489 | 11,986.18 | 6,248.80 | 3,656.37 | 9,905.17 |
| | | | | 50,280.01 |
| **Priority** | | | | |
| SAMUEL M DIFATTA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIC JOSEPH KAMINSKY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIC JOSEPH KAMINSKY<br>Acct: | 7,783.01 | 7,783.01 | 0.00 | 0.00 |

| 17-24814 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   SAMUEL M DIFATTA ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FBC MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8769 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7694 | | | | |
|   BHS FASTER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3034 | | | | |
|   BRAND SOURCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7849 | | | | |
|   BUTLER EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2531 | | | | |
|   BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2029 | | | | |
|   BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4198 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8727 | | | | |
|   CLEARVIEW FCU** | 11,878.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 0710 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0012 | | | | |
|   CLEARVIEW FCU** | 4,632.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 0710 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8051 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: SJRE | | | | |
|   CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9750 | | | | |
|   CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9685 | | | | |
|   CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1424 | | | | |
|   CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1425 | | | | |
|   CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0412 | | | | |
|   CREDITORS COLLECTION SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0074 | | | | |
|   CAPITAL ONE NA** | 296.86 | 0.00 | 0.00 | 0.00 |
|     Acct: 3909 | | | | |
|   NORTHWEST BANK S/B/M NORTHWEST C | 4,125.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 2922 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 342.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 7624 | | | | |
|   ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                              50,280.01

```
TOTAL CLAIMED
  PRIORITY               0.00
  SECURED           60,956.06
  UNSECURED         21,276.21
```

Date: 10/02/2020                                  /s/ Ronda J. Winnecour
                                                  RONDA J WINNECOUR PA ID #30399
                                                  CHAPTER 13 TRUSTEE WD PA
                                                  600 GRANT STREET
                                                  SUITE 3250 US STEEL TWR
                                                  PITTSBURGH, PA  15219
                                                  (412) 471-5566
                                                  cmecf@chapter13trusteewdpa.com